# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

EDBQ, LLC

                        Plaintiff,

v.

                        Case No.: 3:20−cv−50449

                        Honorable Iain D. Johnston

Illinois Department of Financial and Professional Regulation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 17, 2021:

      MINUTE entry before the Honorable Margaret J. Schneider: Defendants' agreed motion for extension of time [15], is granted. The parties have until March 19, 2021 to file their joint status report, and the moving Defendants have until March 19, 2021, to answer or otherwise respond to the complaint. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.